EX PARTE                              §    IN THE TEXAS COURT OF

Joshua Orcasitas                      §    CRIMINAL APPEALS AT
Appellant
                                      §    AUSTIN, TEXAS

                                      §

*************************

PETITION FOR EXTENSION OF TIME TO FILE
PRO SE PETITION FOR DISCRETIONARY REVIEW
PURSUANT TO TEXAS RULES OF APPELLATE PROCEDURE
RULE 68.2 (c)

---

TO THE HONORABLE JUSTICE (s) OF SAID COURT:

COMES NOW, Joshua Orcasitas , Appellant in the
above styled and numbered cause and files this his PRO SE Petiton
for Extension of Time to file Petition for Discretionary Review,
and in support thereof, the Appellant will show the followings:

I

On or about the 26 day of January ,2014, Appellant
was found guilty by the Jury of the 175th District Court of the
offense of Murder . Punishment was assessed at
20 years confinement in the Texas Department of Criminal
Justice-Institutional Division.

Appellant gave timely notice of appeal. This cause was
appealed to the Court of Appeals, Fourth Court of Appeals Dis-
trict at San Antonio, Texas, under appeal number 04-14-00130CR

On or about the 13 day of February , 2014 , the Just-
ice (s) of the Court of Appeals issued the court's decision to
affirm the judgment of the trial court's conviction.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 08 2015

Abel Acosta, Clerk

1

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

No Motion for Rehearing or any extensions of time to file Motion for Rehearings has been filed.

Appellant files this his Pro Se Petiton for Extension of Time to file Petition for Discretionary Review for the purpose of review of the decision of the Court of Appeals' decision affirming the judgment of the trial court.

This request for extension of time is Appellant's first such request.

## PRAYER

**WHEREFORE PREMISES CONSIDERED,** Appellant respectfully moves and prays that this Honrable Court grant him of his first Pro Se request for extension of time to file Petition for Discretionary Review, and any other relief this Honorable Court may deem necessary and just in the premises.

## CERTIFICATE OF SERVICE

I, _Joshua Orcasitas_ , Appellant hereby certify that a true and correct copy of this Petition for Extension of Time has been submitted Via United States Postal Service Mail to the District Clerk of the Texas Court of Criminal Appeals at Capitol Station, P.O.Box 12308, Austin, Texas, 78711, on this the 29th day of _June_ , _2015_ .

3

DATE: June 29, 2015

Joshua Orcasitas
TDCJ-ID-NO.# O1908994
Dolph Briscoe Unit
Dilley, TX. 78017-4601

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 08 2015

Abel Acosta, Clerk

TO: District Clerk
Texas Court of Criminal Appeals
Capitol Station
P.O.Box 12308
Austin, Texas, 78711

RE: Pro Se Petiton for Extension of Time to file Petition for Discretionary Review under Trial Court number 2012 CR7776, Appeal number 04-14-00130CR

Dear Clerk:

In reference to the above styled and numbered cause, please find enclosed One (1) original copy of Appellnat's Pro Se Petition for Extension of Time to file Petition for Discretionary Review with the Justice (s) of the Texas Court of Criminal Appeals.

Please file this instrument with the Justice (s) of said court so that they may properly rule.

Please stamp file a copy of this instrument and return it to me for the purpose of my files.

Thank you for your attention in this matter.

CC:File

Respectfully submitted

Dolph Briscoe Unit
TDCJ-ID-NO.# O1908994
1489 W. Hwy 85
Dilley, TX. 78017-4601